B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **NORTHERN** DISTRICT OF **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nguyen, Vu** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Pin, Dina** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **2153** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **6706** |
| Street Address of Debtor (No. & Street, City, and State):<br>**1096 Bradbury**<br>**Carol Stream, IL**<br>ZIPCODE **60188** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**1417 Walnut Circle**<br>**Carol Stream, IL**<br>ZIPCODE **60188** |
| County of Residence or of the<br>Principal Place of Business: **Du Page** | County of Residence or of the<br>Principal Place of Business: **Du Page** |
| Mailing Address of Debtor (if different from street address):<br>**SAME**<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>**SAME**<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **NOT APPLICABLE**<br>ZIPCODE | |

| Type of Debtor (Form of organization)<br><br>(Check **one** box.)<br><br>☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above<br>entities, check this box and state type of<br>entity below | Nature of Business<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed<br>(Check one box)<br><br>☒ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9       of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13      of a Foreign Nonmain Proceeding<br><br>**Nature of Debts** (Check one box)<br>☒ Debts are primarily consumer debts, defined   ☐ Debts are primarily<br>in 11 U.S.C. § 101(8) as "incurred by an       business debts.<br>individual primarily for a personal, family,<br>or household purpose" |
|---|---|---|

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>_____<br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending:<br><br>_____ | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Chapter 11 Debtors:<br>Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts<br>owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment<br>on 4/01/16 and every three years thereafter).*<br>– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|---|

| Filing Fee (Check one box)<br><br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Offiial Form 3B. | |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (4/13)                                                                                        FORM B1, Page  2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Nguyen, Vu and Dina Pin* |

### All Prior Bankruptcy Cases Filed Within Last 8 Years          (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor          (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐  Exhibit A is attached and made a part of this petition | X  */s/ Arthur W. Rummler*          *08/03/2014* |
| | Signature of Attorney for Debtor(s)                          Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and exhibit C is attached and made a part of this petition.

☒  No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒  Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☒  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)                                                                                    FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | *Nguyen, Vu and Dina Pin* |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**X** */s/ Nguyen, Vu*
_____
Signature of Debtor

**X** */s/ Dina Pin*
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*08/03/2014*
_____
Date

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

**X** */s/ Arthur W. Rummler*
_____
Signature of Attorney for Debtor(s)

*Arthur W. Rummler   6207593*
_____
Printed Name of Attorney for Debtor(s)

*Law Offices of Arthur W. Rummler*
_____
Firm Name

*799 Roosevelt Road*
_____
Address

*Building 2, Suite 104*

*Glen Ellyn, IL   60137*

*630-229-2313*
_____
Telephone Number

*08/03/2014*
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re  *Nguyen, Vu*
    *and*                                                  Case No.
    *Dina Pin*                                                         (if known)

_____
              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Nguyen, Vu*

Date:    *08/03/2014*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Nguyen, Vu*
*and*
*Dina Pin*

Case No.
Chapter   7

_____
                          Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

    **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.**

☐    4.  I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement]*

*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Dina Pin*

Date:    *08/03/2014*

**FORM B6A (Official Form 6A) (12/07)**

In re *Nguyen, Vu and Dina Pin* _____ ,    Case No._____
                                  Debtor(s)                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *1417 Walnut Circle, Carol Stream - Single family home. Property in pre-foreclosure status. No case is pending, but debtor's are in arrears.* | *Joint Tenants* | J | *$149,000.00* | *$149,000.00* |
| No continuation sheets attached | | **TOTAL $** **(Report also on Summary of Schedules.)** | *149,000.00* | |

B6B (Official Form 6B) (12/07)

In re **Nguyen, Vu and Dina Pin**                                          ,          Case No. _____
          Debtor(s)                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value<br>of Debtor's Interest,<br>in Property Without<br>Deducting any<br>Secured Claim or<br>Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash on hand*<br>*Location: In debtor's possession* | W | $250.00 |
| | | *Cash on hand*<br>*Location: In debtor's possession* | H | $100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Bank of America Checking Account*<br>*Location: In debtor's possession* | H | Unknown |
| | | *Chase Checking Account*<br>*Location: In debtor's possession* | H | Unknown |
| | | *Fifth Third Bank Checking Account*<br>*Location: In debtor's possession* | H | Unknown |
| | | *TCF Bank Checking Account*<br>*Location: In debtor's possession* | H | Unknown |
| | | *TCF Checking Account*<br>*Location: In debtor's possession* | W | $230.00 |
| | | *US Bank checking Account*<br>*Location: In debtor's possession* | H | $100.00 |

B6B (Official Form 6B) (12/07)

In re _Nguyen, Vu and Dina Pin_ _____ ,    Case No. _____
                    Debtor(s)                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | _Household goods and furnishings consisting of one living room set, all in used condition._<br>_Location: In debtor's possession_ | W | $2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | | _Jewelry_<br>_Location: In debtor's possession_ | J | $1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07)

In re **Nguyen, Vu and Dina Pin**                                                    ,        Case No. _____
                                    Debtor(s)                                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2007 Camry.  130,000 miles.  Poor condition Location: In debtor's possession* | J | $3,000.00 |
| | | *2012 Lexus 450H.  Average condition. Location: In debtor's possession* | J | $27,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07)

In re **Nguyen, Vu and Dina Pin** ,    Case No. _____
                        Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $33,680.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/13)

In re **Nguyen, Vu and Dina Pin**                                    ,     Case No. _____
　　　　　　　Debtor(s)                                                                          (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash on hand | 735 ILCS 5/12-1001(b) | $ 0.00 | $ 100.00 |
| Cash on hand | 735 ILCS 5/12-1001(b) | $ 250.00 | $ 250.00 |
| TCF Checking Account | 735 ILCS 5/12-1001(b) | $ 230.00 | $ 230.00 |
| US Bank checking Account | 735 ILCS 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Household goods and furnishings | 735 ILCS 5/12-1001(b) | $ 2,000.00 | $ 2,000.00 |
| Jewelry | 735 ILCS 5/12-1001(b) | $ 1,000.00 | $ 1,000.00 |
| 2007 Camry | 735 ILCS 5/12-1001(c) | $ 652.00 | $ 3,000.00 |
| 2012 Lexus 450H | 735 ILCS 5/12-1001(c) | $ 3,913.00 | $ 27,000.00 |

Page No. ___1___ of ___1___

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Nguyen, Vu and Dina Pin_ ,                              Case No. _____

  **Debtor(s)**                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _9240_  <br><br>_Creditor # : 1_ <br>_Bank of America_ <br>_PO Box 5170_ <br>_Simi Valley CA 93062-5170_ | J | _Cash on hand_ <br><br><br> Value: _$ 149,100.00_ | | | | $ 157,696.00 | $ 8,596.00 |
| Account No: _9240_ <br><br>_Representing:_ <br>_Bank of America_ | | _Johnson, Blumberg and Assoc._ <br>_230 W. Monroe, Ste. 1125_ <br>_Chicago IL 60606_ <br><br> Value: | | | | | |

_1_ continuation sheets attached

|  | Subtotal $ <br>(Total of this page) | $ 157,696.00 | $ 8,596.00 |
|---|---|---|---|
|  | Total $ <br>(Use only on last page) | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) — Cont.

In re *Nguyen, Vu and Dina Pin*                                         ,          Case No._____
                    **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>**Creditor # : 2**<br>**Lexus Financial**<br>**PO Box 790019**<br>**Saint Louis MO 63179** | J | **Purchase Money Security**<br><br>**2012 Lexus 450H**<br><br>Value: **$ 27,000.00** | | | X | **$ 23,087.00** | **$ 0.00** |
| Account No: **7615**<br><br>**Creditor # : 3**<br>**Toyota Financial Services**<br>**PO Box 5855**<br>**Carol Stream IL 60197** | J | **Purchase Money Security**<br><br>**2007 Camry**<br><br>Value: **$ 3,000.00** | | | | **$ 2,348.00** | **$ 0.00** |
| Account No:<br><br><br><br> | | <br><br><br>Value: | | | | | |
| Account No:<br><br><br><br> | | <br><br><br>Value: | | | | | |
| Account No:<br><br><br><br> | | <br><br><br>Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

|  | Subtotal $<br>(Total of this page) | **$ 25,435.00** | **$ 0.00** |
|---|---|---|---|
|  | Total $<br>(Use only on last page) | **$ 183,131.00** | **$ 8,596.00** |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/13)

In re _Nguyen, Vu and Dina Pin_____,    Case No._____
                    **Debtor(s)**                                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Nguyen, Vu and Dina Pin_____ ,         Case No. _____
**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _9340_<br><br>*Creditor # : 1*<br>*AAA Insurance*<br>*P O Box 740860*<br>*   54274-0860* | | H | *Insurance* | | X | | $ 507.00 |
| Account No: _1128_<br><br>*Creditor # : 2*<br>*Alliance One*<br>*PO Box 510987*<br>*Livonia MI 48151-6987* | | H | *Credit* | | X | | $ 1,717.00 |
| Account No: _1001_<br><br>*Creditor # : 3*<br>*American Express*<br>*PO Box  360001*<br>*Fort Lauderdale FL 33336* | | W | *Credit* | | X | | $ 1,377.00 |

_20_ continuation sheets attached

| | |
|---|---|
| **Subtotal $** | $ 3,601.00 |
| **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_____ ,      Case No. _____
          **Debtor(s)**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 4 <br> Anderson and Associates <br> 400 S. County Farm Road, #320 <br> Wheaton IL 60187 | H | Legal Fees | | X | | $ 3,893.00 |
| Account No: <br> Creditor # : 5 <br> Anderson and Associates <br> 400 S. County Farm Road <br> Suite 320 <br> Wheaton IL 60187 | H | Attorney Fees | | X | | $ 3,893.00 |
| Account No: 9411 <br> Creditor # : 6 <br> ATT Mobility <br> PO Box 5014 <br> Carol Stream IL 60197 | H | Cell phone | | X | | $ 4,717.00 |
| Account No: 9411 <br> Representing: <br> ATT Mobility | | Integrity Solution Services <br> PO Box 7230 <br> Overland Park KS 66207-0230 | | | | |
| Account No: 9411 <br> Representing: <br> ATT Mobility | | Southwest Credit <br> 4120 International Parkway <br> Ste. 1100 <br> Carrollton TX 75007-1958 | | | | |

Sheet No. _1_ of _20_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         **Subtotal $**          $ 12,503.00
                                         **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_____ ,     Case No. _____
           **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   *6970* <br> *Creditor # : 7* <br> *Banana Republic* <br> *PO Box 530942* <br> *Atlanta GA 30353-0942* | *H* | *Credit* | | *X* | | $ 1,613.00 |
| Account No.   *6970* <br> *Representing:* <br> *Banana Republic* | | *CAC Financial Corp.* <br> *Oklahoma City OK 73112* | | | | |
| Account No.   *7608* <br> *Creditor # : 8* <br> *Bank of America* <br> *PO Box 851001* <br> *Plano TX 75285-1001* | *W* | *Credit* | | *X* | | $ 7,745.00 |
| Account No.   *7608* <br> *Representing:* <br> *Bank of America* | | *John C. Boniewicz* <br> *350 N. Orleans, Suite 300* <br> *Chicago IL 60654* | | | | |
| Account No.   *0821* <br> *Creditor # : 9* <br> *Bank of America* <br> *PO Box 851001* <br> *Plano TX 75285-1001* | *H* | *Credit* | | *X* | | $ 796.00 |

Sheet No.   _2_ of   _20_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 10,154.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_____ ,    Case No. _____
    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 1952<br>Creditor # : 10<br>Bank of America<br>PO Box 982238<br>El Paso TX 79998-2238 | | H | Credit | | X | | $ 1,728.00 |
| Account No: 1952<br>Representing:<br>Bank of America | | | Focus Receivables Mgmt<br>1130 Northchase Parkway<br>Ste. 150<br>Marietta GA 30067 | | | | |
| Account No: 3813<br>Creditor # : 11<br>Bartlett Fire Protection<br>PO Box 88850<br>Carol Stream IL 60188 | | H | Ambulance | | X | | $ 1,178.00 |
| Account No: 2678<br>Creditor # : 12<br>Best Buy/Capital One<br>PO Box 71106<br>Charlotte NC 28272-1106 | | H | Credit | | X | | $ 1,420.00 |
| Account No: 9942<br>Creditor # : 13<br>Cache, LLC<br>1276 Veterans Hwy. Suite E 1<br>1276 Veteran's Highway, Suite<br>Bristol PA 19007 | | H | Credit<br>Original creditor HSBC | | X | | $ 521.00 |

Sheet No. 3 of 20 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 4,847.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_____,   Case No. _____
       **Debtor(s)**                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **1907**<br>**Creditor # : 14**<br>**Capital One**<br>**PO Box 6492**<br>**Carol Stream IL 60197-6492** | H | *Credit* | | X | | $ 1,921.00 |
| Account No: **1907**<br>**Representing:**<br><br>**Capital One** | | **Nelson, Watson & Assoc.**<br>**PO Box 1299**<br>**Haverhill MA 01831-1799** | | | | |
| Account No: **1907**<br>**Representing:**<br><br>**Capital One** | | **Freedman Anselmo Lindberg LLC**<br>**PO Box 3228**<br>**Naperville IL 60566** | | | | |
| Account No: **8210**<br>**Creditor # : 15**<br>**Capital One GM Card**<br>**PO Box 71107**<br>**Charlotte NC 28272-1107** | H | *Credit* | | X | | $ 521.00 |
| Account No: **5418**<br>**Creditor # : 16**<br>**Capital One Services, LLC**<br>**PO Box 70886**<br>**Charlotte NC 28272-9903** | W | *Credit* | | X | | $ 1,894.00 |

Sheet No. __4__ of __20__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 4,336.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_____ ,   Case No. _____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   **5418** **Representing:** **Capital One Services, LLC** | | **Blatt Hassnemiller Liebsker** **125 South Wacker Suite 400** **Chicago IL 60606** | | | | |
| Account No.   **9317** **Creditor # : 17** **Care Credit** **PO Box 960061** **Orlando FL 32896-0061** | H | **Credit** | | X | | $ 2,563.00 |
| Account No. **Creditor # : 18** **Carol Stream Library** **616 Hiawatha Cir.** **Carol Stream IL 60188** | J | **Library late fees** | | | | $ 10.00 |
| Account No.   **7289** **Creditor # : 19** **Carson's Comenity** **PO Box 659813** **San Antonio TX 78265-9113** | H | **Credit** | | X | | $ 1,386.00 |
| Account No.   **7289** **Representing:** **Carson's Comenity** | | **Credit Control,LLC** **5757 Phantom Drive** **Ste. 330** **Hazelwood MO 63042** | | | | |

Sheet No.   **5** of   **20** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 3,959.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_____ ,   Case No. _____
      **Debtor(s)**                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.  4857<br>Creditor # : 20<br>Chase<br>PO Box 15153<br>Wilmington DE 19886-5153 | H | Credit | | X | | $ 2,383.00 |
| Account No.  4857<br>Representing:<br>Chase | | MRS Associates of New Jersey<br>1930 Olney Avenue<br>Cherry Hill NJ 08003 | | | | |
| Account No.  5858<br>Creditor # : 21<br>Chase<br>PO Box 15153<br>Wilmington DE 19886-5153 | H | Credit | | X | | $ 3,704.00 |
| Account No.  5858<br>Representing:<br>Chase | | MRS Associates of New Jersey<br>1930 Olney Avenue<br>Cherry Hill NJ 08003 | | | | |
| Account No.  0724<br>Creditor # : 22<br>Chase<br>PO Box 15153<br>Wilmington DE 19886-5153 | H | Credit | | X | | $ 2,287.00 |

Sheet No.  6  of  20  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 8,374.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_____ ,    Case No._____
           **Debtor(s)**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    0724  Representing:  Chase | | ACI, Inc. 35A Rust Lane Boerne TX 78006-8202 | | | | |
| Account No.    7904  Creditor # : 23 Chase PO Box 15153 Wilmington DE 19886-5153 | W | Credit | | X | | $ 3,386.00 |
| Account No.    7904  Representing:  Chase | | MRS Associates of New Jersey 1930 Olney Avenue Cherry Hill NJ 08003 | | | | |
| Account No.    7904  Representing:  Chase | | United Collection Services 5620 Southwyck Blvd., #206 Toledo OH 43614 | | | | |
| Account No.    3340  Creditor # : 24 Chase PO Box 15153 Wilmington DE 19886-5153 | W | Credit | | X | | $ 624.40 |

Sheet No.   7  of   20  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 4,010.40
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Nguyen, Vu and Dina Pin_ , Case No. _____
**Debtor(s)** (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 6333<br><br>Creditor # : 25<br>Chase<br>PO Box 15153<br>Wilmington DE 19886-5153 | | H | Credit | | X | | $ 15,149.00 |
| Account No. 1492<br><br>Creditor # : 26<br>Chase<br>PO Box 15153<br>Wilmington DE 19886-5153 | | H | Credit | | X | | $ 1,105.00 |
| Account No. 9598<br><br>Creditor # : 27<br>Chicago Tribune<br>P O Box 9001157<br>Louisville KY 40290-1157 | | H | Newspaper subscription | | X | | $ 24.10 |
| Account No. 0739<br><br>Creditor # : 28<br>Chicago Tribune<br>4889 Collection Center Drive<br>Chicago IL 60693-0148 | | H | Newspaper subscription | | X | | $ 13.00 |
| Account No. 0739<br><br>Representing:<br><br>Chicago Tribune | | | Biehl & Biehl, Inc.<br>325 E. Fullerton Ave.<br>Carol Stream IL 60188 | | | | |

Sheet No. 8 of 20 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 16,291.10
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_____,   Case No._____
       **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.  *3001* <br><br> *Creditor # : 29* <br> *Citibank* <br> *PO Box 6004* <br> *Sioux Falls SD 57117-6004* | | W  *Credit* | | X | | $ 903.00 |
| Account No.  *3001* <br><br> *Representing:* <br><br> *Citibank* | | *United Recovery System* <br> *PO Box 722910* <br> *Houston TX 77272-2910* | | | | |
| Account No.  *3001* <br><br> *Representing:* <br><br> *Citibank* | | *Midland Credit Management* <br> *8875 Aero Dr.* <br> *San Diego CA 92123* | | | | |
| Account No.  *9557* <br><br> *Creditor # : 30* <br> *City of Naperville Ambulance* <br> *PO Box 88850* <br> *Carol Stream IL 60188-8850* | | H  *Medical Bills* | | X | | $ 914.78 |
| Account No.  *9557* <br><br> *Representing:* <br><br> *City of Naperville Ambulance* | | *CBCS* <br> *PO Box 2334* <br> *Columbus OH 43216-2334* | | | | |

Sheet No. _9_ of _20_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,817.78

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_____,        Case No._____
**Debtor(s)**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    4312<br><br>Creditor # : 31<br>City of Naperville Ambulance<br>PO Box 88850<br>Carol Stream IL 60188-0850 | | H    Medical Bills | | X | | $ 905.00 |
| Account No.    4312<br><br>Representing:<br><br>City of Naperville Ambulance | | CBCS<br>PO Box 2334<br>Columbus OH 43216-2334 | | | | |
| Account No.    2587<br><br>Creditor # : 32<br>Comcast<br>PO Box 3001<br>Southeastern PA 19398-3001 | | H    Utility Bills | | X | | $ 589.00 |
| Account No.    2587<br><br>Representing:<br><br>Comcast | | Enahnced Recovery Corp.<br>8014 Bayberry Road<br>Jacksonville FL 32256 | | | | |
| Account No.<br><br>Creditor # : 33<br>Comenity<br>PO Box 183003<br>Columbus OH 43218-3003 | | J    Credit | | X | | Unknown |

Sheet No.   10  of    20  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $             $ 1,494.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_____ ,   Case No. _____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | *Northland Group* *PO Box 390846* *Minneapolis MN 55439* | | | | |
| Representing: Comenity | | | | | | | |
| Account No: 3179 *Creditor # : 34* *Comenity Bank* *PO Box 649728* *San Antonio TX 78265-9728* | | W | *Credit* | | X | | $ 925.00 |
| Account No: 3179 Representing: Comenity Bank | | | *NRC* *6491 Peach Tree Industrial Blv* *Atlanta GA 30360* | | | | |
| Account No: 7597 *Creditor # : 35* *Comenity/Room Place* *PO Box 182125* *Columbus OH 43218-2125* | | H | *Credit* | | X | | $ 1,743.00 |
| Account No: 7597 Representing: Comenity/Room Place | | | *CAC Financial Corp* *2601 NW Expressway* *Ste 1000 East* *Oklahoma City OK 73112-7236* | | | | |

Sheet No. __11__ of __20__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,668.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_____ ,     Case No. _____
   **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No.   3873 _____ Creditor # : 36 Commerce Bank PO 419248 Kansas City MO 64141-6248 | | W | Credit | | X | | $ 5,146.00 |
| Account No.   3873 _____ Representing: Commerce Bank | | | NCB Management Services PO Box 1099   129047 | | | | |
| Account No. _____ Creditor # : 37 Discover PO Box 6103 Carol Stream IL 60197-6103 | | J | Credit | | X | | $ 4,723.00 |
| Account No. _____ Representing: Discover | | | Blitt and Gaines, PC 661 Glenn Ave. Wheeling IL 60090 | | | | |
| Account No.   1370 _____ Creditor # : 38 Edward Hospital PO Box 4207 Carol Stream IL 60197-4207 | | H | Medical Bills | | X | | $ 12,437.00 |

Sheet No.  12  of    20  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 22,306.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Nguyen, Vu and Dina Pin_____ ,          Case No. _____
          **Debtor(s)**                                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    1370 <br><br> Representing: <br><br> Edward Hospital | | | MiraMed Revenue Group<br>Dept 77304<br>PO Box 77000<br>Detroit MI 48277-0308 | | | | |
| Account No.    1370 <br><br> Representing: <br><br> Edward Hospital | | | MQC Collection Services<br>PO box 140250<br>Toledo OH 43614 | | | | |
| Account No.    2328 <br> Creditor # : 39<br>Edward Hospital<br>PO Box 4207<br>Carol Stream IL 60197-4207 | | H | Medical Bills | | X | | $ 8,792.00 |
| Account No.    2328 <br><br> Representing: <br><br> Edward Hospital | | | MiraMed Revenue Group<br>Dept 77304<br>PO Box 77000<br>Detroit MI 48277-0308 | | | | |
| Account No.    0478 <br> Creditor # : 40<br>Elmhurst Hospital<br>d/b/a Primary Care Associates<br>25847 Network Place<br>Chicago IL 60673-1258 | | H | Medical Bills | | X | | $ 4.00 |

Sheet No. __13__ of ___20__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 8,796.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_____ ,      Case No._____
          **Debtor(s)**                                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    7125 | | H | | | X | | $ 840.00 |
| Creditor # : 41 F I A Card Services PO Box 982238 El Paso TX 79998 | | | Credit | | | | |
| Account No.    5380 | | J | | | X | | $ 4,026.00 |
| Creditor # : 42 Fifth Third Bank PO box 630900 Cincinnati OH 45263 | | | Credit | | | | |
| Account No.    0202 | | H | | | X | | $ 1,718.00 |
| Creditor # : 43 Firestone/Credit First NA PO Box 81344 Cleveland OH 44181 | | | Credit | | | | |
| Account No.    0969 | | W | | | X | | $ 300.24 |
| Creditor # : 44 Gap PO Box 530942 Atlanta GA 30353 | | | Credit | | | | |
| Account No.    0969 | | | | | | | |
| Representing:  Gap | | | Allied Interstate LLC 3000 Corporate Exchange Drive Columbus OH 43231 | | | | |

Sheet No.   14   of    20  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 6,884.24

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_ _____ ,   Case No. _____
**Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   *6644*<br><br>*Creditor # : 45*<br>*Gap*<br>*PO Box 530942*<br>*Atlanta GA 30353* | *H* | *Credit* | | X | | $ 597.00 |
| Account No:   *6644*<br><br>*Representing:*<br><br>*Gap* | | *Portfolio Recovery Associates*<br>*PO Box 12914*<br>*Norfolk VA 23541* | | | | |
| Account No:   *0969*<br><br>*Creditor # : 46*<br>*GE Capital Retail Bank*<br>*PO Box 965004*<br>*Orlando FL 32896-5004* | *W* | *Credit* | | X | | $ 377.00 |
| Account No:   *0969*<br><br>*Representing:*<br><br>*GE Capital Retail Bank* | | *Portfolio Recovery Associates*<br>*PO Box 12914*<br>*Norfolk VA 23541* | | | | |
| Account No:   *0969*<br><br>*Representing:*<br><br>*GE Capital Retail Bank* | | *Monarch Recovery*<br>*PO Box 21089*<br>*Philadelphia PA 19114-0589* | | | | |

Sheet No.   _15_ of   _20_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 974.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Nguyen, Vu and Dina Pin_____ ,         Case No. _____
                **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   0189<br>Creditor # : 47<br>Illinois Tollway Authority<br>PO Box 5544<br>Chicago IL 60680-5544 | J | Toll charges | | X | | $ 64.50 |
| Account No:   1326<br>Creditor # : 48<br>Illinois Tollway Authority<br>PO Box 5544<br>Chicago IL 60680-5544 | H | Toll charges | | X | | $ 214.50 |
| Account No:   1326<br>Representing:<br>Illinois Tollway Authority | | NCO Financial Systems, Inc.<br>600 Holiday Plaza Dr., Ste 300<br>Matteson IL 60443 | | | | |
| Account No:   5341<br>Creditor # : 49<br>JC Penney<br>PO Box 960090<br>Orlando FL 32896-009 | W | Credit | | X | | $ 1,046.00 |
| Account No:   46.1<br>Creditor # : 50<br>Laboratory & Pathology Diagnostics<br>Department 4387<br>Carol Stream IL 60122-4387 | H | Medical Bills | | X | | $ 465.00 |

Sheet No. __16__ of __20__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,790.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_____ ,          Case No. _____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.  0169<br><br>Creditor # : 51<br>Macy's<br>PO Box 183083<br>Columbus OH 43218 | H | Credit | | X | | $ 1,929.00 |
| Account No.  0169<br><br>Representing:<br><br>Macy's | | LTD<br>7322 Southwest Freeway<br>Ste. 1600<br>Houston TX 77074-2053 | | | | |
| Account No.  0220<br><br>Creditor # : 52<br>Macy's<br>PO Box 183083<br>Columbus OH 43218 | W | Credit | | X | | $ 275.00 |
| Account No.  0220<br><br>Representing:<br><br>Macy's | | Financial Services Limited Par<br>7322 Southwest Freeway<br>Ste. 1600<br>Houston TX 77074-2053 | | | | |
| Account No.<br><br>Creditor # : 53<br>PHEAA<br>1200 N. Seventh Street<br>Campbelltown PA 17102-4444 | H | Student Loan | | | | $ 58,465.00 |

Sheet No.  17  of   20  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $               $ 60,669.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_____ ,   Case No. _____
 **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   *3513*<br><br>*Creditor # : 54*<br>*Richard Ulrich DDS*<br>*6 West 6th Avenue*<br>*Naperville IL 60563-3067* | | H   *Medical Bills* | | X | | $ 270.00 |
| Account No:   *3513*<br><br>*Representing:*<br><br>*Richard Ulrich DDS* | | *Transworld Systems*<br>*Attn: IDM*<br>*507 Prudential Road*<br>*Horsham PA 19044* | | | | |
| Account No:   *5445*<br><br>*Creditor # : 55*<br>*Sears Mastercard*<br>*PO Box 6282*<br>*Sioux Falls SD 57117* | | H   *Credit* | | X | | $ 5,820.00 |
| Account No:   *5445*<br><br>*Representing:*<br><br>*Sears Mastercard* | | *Client Services*<br>*3451 Harry S. Truman Blvd.*<br>*Saint Charles MO 63301-4047* | | | | |
| Account No:   *5445*<br><br>*Representing:*<br><br>*Sears Mastercard* | | *ARS National Recovery*<br>*PO Box 1259*<br>*Oaks PA 19456* | | | | |

Sheet No. _18_ of _20_ continuation sheets attached to Schedule of           **Subtotal $** | $ 6,090.00
Creditors Holding Unsecured Nonpriority Claims                               **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Nguyen, Vu and Dina Pin_ ,                        Case No. _____
           **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3340 <br> Creditor # : 56 <br> Sprint <br> PO Box 4191 <br> Carol Stream IL 60197-4191 | | H | Cell phone | | X | | $ 144.00 |
| Account No: <br> Creditor # : 57 <br> TCF Bank <br> 801 Marquette Ave <br> Minneapolis MN 55402 | | H | Credit | | X | | $ 1,121.00 |
| Account No:   8070 <br> Creditor # : 58 <br> US Bank <br> PO Box 790408 <br> Saint Louis MO 63179 | | W | Credit | | X | | $ 1,817.00 |
| Account No:   0001 <br> Creditor # : 59 <br> Verizon Wireless <br> PO Box 25505 <br> Lehigh Valley PA 18002-2550 | | H | Cell phone | | X | | $ 72.00 |
| Account No:   0001 <br> Representing: <br> Verizon Wireless | | | CBE Group <br> Payment Processig Ctr <br> PO Box 2038 <br> Waterloo IA 50704-2038 | | | | |

Sheet No. _19_ of _20_ continuation sheets attached to Schedule of                     Subtotal $        $ 3,154.00
Creditors Holding Unsecured Nonpriority Claims                                             Total $
                                                         (Use only on last page of the completed Schedule F. Report also on Summary of
                                                         Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Nguyen, Vu and Dina Pin_____,   Case No._____
                    **Debtor(s)**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   *0566* <br><br> *Creditor # : 60* <br> *Walmart/GECRB* <br> *PO Box 530927* <br> *Atlanta GA 30353-0927* | | *H* | *Credit* | | *X* | | $ 608.00 |
| Account No.   *0566* <br><br> *Representing:* <br><br> *Walmart/GECRB* | | | *Allied Interstate LLC* <br> *3000 Corporate Exchange Drive* <br> *Columbus OH 43231* | | | | |
| Account No.   *0566* <br><br> *Representing:* <br><br> *Walmart/GECRB* | | | *GC Services* <br> *PO Box 530927* <br> *Atlanta GA 30353-0927* | | | | |
| Account No.   *0566* <br><br> *Representing:* <br><br> *Walmart/GECRB* | | | *Leading Edge Recovery* <br> *PO Box 129* <br> *Linden MI 48451-0129* | | | | |
| Account No: | | | | | | | |

Sheet No.  _20_ of  _20_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 608.00 |
| **Total $** | $ 185,326.52 |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re __Nguyen, Vu and Dina Pin_____ / Debtor    Case No. _____
                                                                                                                (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

In re **Nguyen, Vu and Dina Pin** _____ / Debtor    Case No. _____
                                                                        (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Nguyen, Vu | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Dina Pin | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN | District of | ILLINOIS |
| Case number (If known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Employment status | | ☐ Employed  ☑ Not employed | ☑ Employed  ☐ Not employed |
| Occupation | | | Nails Technician |
| Employer's name | | | Nail Service and Spa |
| Employer's address | | | 115 E. Ogden Avenue |
| | | Number   Street | Number   Street |
| | | | |
| | | City       State    ZIP Code | Naperville       IL       60563 |
| | | | City       State    ZIP Code |
| How long employed there? | | _____ | 1 year |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $        0.00 | $      1516.67 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $        0.00 | + $        0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $        0.00 | $      1516.67 |

Debtor 1    Nguyen, Vu
_____
First Name    Middle Name    Last Name

Case number *(if known)*_____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ....................................................➔ | 4. | $ 0.00 | $ 1516.67 |

5. **List all payroll deductions:**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 1516.67 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: Food Stamps | 8f. | $ 300.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: Tips | 8h. | + $ 0.00 | + $ 800.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 300.00 | $ 800.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 300.00 + | $ 2,316.67 = | $ 2616.67 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies    12.    $ 2616.67

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1    Nguyen, Vu
_____
First Name        Middle Name            Last Name

Debtor 2    Dina Pin
(Spouse, if filing)  First Name       Middle Name            Last Name

United States Bankruptcy Court for the: NORTHERN _____ District of ILLINOIS

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 6 | ☐ No ☑ Yes |
| Daughter | 5 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I).

|  | Your expenses |
|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $_____ 0.00 |
| If not included in line 4: | |
| 4a. Real estate taxes | 4a. $_____ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $_____ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $_____ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. $_____ 0.00 |

| Debtor 1 | Nguyen, Vu | | Case number *(if known)* |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

|  | **Your expenses** |
|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans   5. $ 0.00

6. **Utilities:**

   6a.  Electricity, heat, natural gas     6a. $ 140.00

   6b.  Water, sewer, garbage collection     6b. $ 60.00

   6c.  Telephone, cell phone, Internet, satellite, and cable services     6c. $ 70.00

   6d.  Other. Specify: Cable     6d. $ 119.00

7. **Food and housekeeping supplies**     7. $ 400.00

8. **Childcare and children's education costs**     8. $ 0.00

9. **Clothing, laundry, and dry cleaning**     9. $ 50.00

10. **Personal care products and services**     10. $ 0.00

11. **Medical and dental expenses**     11. $ 0.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.     12. $ 500.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13. $ 50.00

14. **Charitable contributions and religious donations**     14. $ 0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance     15a. $ 0.00

   15b.  Health insurance     15b. $ 0.00

   15c.  Vehicle insurance     15c. $ 0.00

   15d.  Other insurance. Specify:     15d. $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify:     16. $ 0.00

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1     17a. $ 299.00

   17b.  Car payments for Vehicle 2     17b. $ 541.00

   17c.  Other. Specify:     17c. $ 0.00

   17d.  Other. Specify:     17d. $ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).**     18. $ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify:     19. $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.  Mortgages on other property     20a. $ 0.00

   20b.  Real estate taxes     20b. $ 0.00

   20c.  Property, homeowner's, or renter's insurance     20c. $ 0.00

   20d.  Maintenance, repair, and upkeep expenses     20d. $ 0.00

   20e.  Homeowner's association or condominium dues     20e. $ 0.00

Debtor 1    Nguyen, Vu
_____
First Name    Middle Name    Last Name

Case number (if known)_____

21.    **Other**. Specify: _____    21.    **+**$ _____ 0.00

22.    **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.    22.    $ _____ 2229.00

23.    **Calculate your monthly net income.**

23a.    Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $ _____ 2616.67

23b.    Copy your monthly expenses from line 22 above.    23b.    **−** $ _____ 2229.00

23c.    Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.    23c.    $ _____ 387.67

24.    **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.    Explain here:    Debtors are separated and getting a divorce.  Additional expenses may be incurred.

B6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Nguyen, Vu and Dina Pin*

Case No.

Chapter   7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 149,000.00 | | |
| B-Personal Property | Yes | 4 | $ 33,680.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $ 183,131.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | $ 185,326.52 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,616.67 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 2,229.00 |
| TOTAL | | 35 | $ 182,680.00 | $ 368,457.52 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Nguyen, Vu and Dina Pin*                                   Case No.

                                                                  Chapter   **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *58,465.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *58,465.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ *2,616.67* |
| Average Expenses (from Schedule J, Line 22) | $ *2,229.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *2,315.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *8,596.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *185,326.52* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *193,922.52* |

B6 Declaration (Official Form 6 - Declaration) (12/13)

In re *Nguyen, Vu and Dina Pin*                                        Case No. _____
                          Debtor                                                                      (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___36___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: *8/3/2014*                          Signature *_/s/ Nguyen, Vu_____*
                                                              *Nguyen, Vu*

Date: *8/3/2014*                          Signature *_/s/ Dina Pin_____*
                                                              *Dina Pin*

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER   (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:                                                          Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Nguyen, Vu and Dina Pin*

Case No.
Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes      ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: *08/03/2014*_____      Debtor: */s/ Nguyen, Vu*_____

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Nguyen, Vu and Dina Pin*

Case No.

Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes    ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:  *08/03/2014*                    Debtor:  */s/ Dina Pin*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Nguyen, Vu and Dina Pin*

Case No.
Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Toyota Financial Services* | *2007 Camry* |

Property will be (check one) :

☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☒ Not claimed as exempt

---

Property No. *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Lexus Financial* | *2012 Lexus 450H* |

Property will be (check one) :

☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☒ Not claimed as exempt

---

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes     ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: ___08/03/2014___     Debtor: ___/s/ Nguyen, Vu___

Date: ___08/03/2014___     Joint Debtor: ___/s/ Dina Pin___

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *Nguyen, Vu*
     *and*
*Dina Pin*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:   **Arthur W. Rummler**

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____*1,500.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ _____*1,500.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ _____*0.00*

3. $ _____*306.00*_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *08/03/2014*　　　　　　　Respectfully submitted,

X */s/ Arthur W. Rummler* _____

Attorney for Petitioner: *Arthur W. Rummler*
*Law Offices of Arthur W. Rummler*
*799 Roosevelt Road*
*Building 2, Suite 104*
*Glen Ellyn IL  60137*
*630-229-2313*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Nguyen, Vu*
　　*and*
　　*Dina Pin*

Case No.
Chapter   **7**

_____ / Debtor

Attorney for Debtor:   **Arthur W. Rummler**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *08/03/2014*_____

*/s/ Nguyen, Vu*_____
Debtor

*/s/ Dina Pin*_____
Joint Debtor

CAC Financial Corp
Oklahoma City, OK  73112

AAA Insurance
P O Box 740860
  54274-0860

ACI, Inc.
35A Rust Lane
Boerne, TX  78006-8202

Alliance One
PO Box 510987
Livonia, MI  48151-6987

Allied Interstate LLC
3000 Corporate Exchange Drive
Columbus, OH  43231

American Express
PO Box  360001
Fort Lauderdale, FL  33336

Anderson and Associates
400 S. County Farm Road, #320
Wheaton, IL  60187

Anderson and Associates
400 S. County Farm Road
Suite 320
Wheaton, IL  60187

ARS National Recovery
PO Box 1259
Oaks, PA  19456

Arthur W. Rummler
799 Roosevelt Road
Building 2, Suite 104
Glen Ellyn, IL  60137

ATT Mobility
PO Box 5014
Carol Stream, IL  60197

Banana Republic
PO Box 530942
Atlanta, GA  30353-0942

Bank of America
PO Box 851001
Plano, TX  75285-1001

Bank of America
PO Box 5170
Simi Valley, CA  93062-5170

Bank of America
PO Box 982238
El Paso, TX  79998-2238

Bartlett Pd Protection

PO Box 88850
Carol Stream, IL  60188

Best Buy/Capital One
PO Box 71106
Charlotte, NC  28272-1106

Biehl & Biehl, Inc.
325 E. Fullerton Ave.
Carol Stream, IL  60188

Blatt Hassnemiller Liebsker
125 South Wacker Suite 400
Chicago, IL  60606

Blitt and Gaines, PC
661 Glenn Ave.
Wheeling, IL  60090

CAC Financial Corp
2601 NW Expressway
Ste 1000 East
Oklahoma City, OK  73112-7236

Cache, LLC
1276 Veterans Hwy. Suite E 1
1276 Veteran's Highway, Suite
Bristol, PA  19007

Capital One
PO Box 6492
Carol Stream, IL  60197-6492

Capital One GM Card
PO Box 71107
Charlotte, NC  28272-1107

Capital One Services, LLC
PO Box 70886
Charlotte, NC  28272-9903

Care Credit
PO Box 960061
Orlando, FL  32896-0061

Carol Stream Library
616 Hiawatha Cir.
Carol Stream, IL  60188

Carson's Comenity
PO Box 659813
San Antonio, TX  78265-9113

CBCS
PO Box 2334
Columbus, OH  43216-2334

CBE Group
Payment Processig Ctr
PO Box 2038
Waterloo, IA  50704-2038

Chase
PO Box 15153
Wilmington, DE  19886-5153

Chicago Tribune
4889 Collection Center Drive
Chicago, IL  60693-0148

Chicago Tribune
P O Box 9001157
Louisville, KY  40290-1157

Citibank
PO Box 6004
Sioux Falls, SD  57117-6004

City of Naperville Ambulance
PO Box 88850
Carol Stream, IL  60188-8850

City of Naperville Ambulance
PO Box 88850
Carol Stream, IL  60188-0850

Client Services
3451 Harry S. Truman Blvd.
Saint Charles, MO  63301-4047

Comcast
PO Box 3001
Southeastern, PA  19398-3001

Comenity
PO Box 183003
Columbus, OH  43218-3003

Comenity Bank
PO Box 649728
San Antonio, TX  78265-9728

Comenity/Room Place
PO Box 182125
Columbus, OH  43218-2125

Commerce Bank
PO 419248
Kansas City, MO  64141-6248

Credit Control,LLC
5757 Phantom Drive
Ste. 330
Hazelwood, MO  63042

Discover
PO Box 6103
Carol Stream, IL  60197-6103

Edward Hospital
PO Box 4207
Carol Stream, IL  60197-4207

Elmhurst Hospital
d/b/a Primary Care Associates
25847 Network Place
Chicago, IL  60673-1258

Enahnced Recovery Corp.
8014 Bayberry Road
Jacksonville, FL  32256

F I A Card Services
PO Box 982238
El Paso, TX  79998

Fifth Third Bank
PO box 630900
Cincinnati, OH  45263

Financial Services Limited Par
7322 Southwest Freeway
Ste. 1600
Houston, TX  77074-2053

Firestone/Credit First NA
PO Box 81344
Cleveland, OH  44181

Focus Receivables Mgmt
1130 Northchase Parkway
Ste. 150
Marietta, GA  30067

Freedman Anselmo Lindberg LLC
PO Box 3228
Naperville, IL  60566

Gap
PO Box 530942
Atlanta, GA  30353

GC Services
PO Box 530927
Atlanta, GA  30353-0927

GE Capital Retail Bank
PO Box 965004
Orlando, FL  32896-5004

Illinois Tollway Authority
PO Box 5544
Chicago, IL  60680-5544

Integrity Solution Services
PO Box 7230
Overland Park, KS  66207-0230

JC Penney
PO Box 960090
Orlando, FL  32896-009

John C. Boniewicz
350 N. Orleans, Suite 300
Chicago, IL  60654

Johnson, Blumberg and Assoc.
230 W. Monroe, Ste. 1125
Chicago, IL  60606

Laboratory & Pathology Diagnostics
Department 4387
Carol Stream, IL  60122-4387

Leading Edge Recovery
PO Box 129
Linden, MI  48451-0129

Lexus Financial
PO Box 790019
Saint Louis, MO  63179

LTD
7322 Southwest Freeway
Ste. 1600
Houston, TX  77074-2053

Macy's
PO Box 183083
Columbus, OH  43218

Midland Credit Management
8875 Aero Dr.
San Diego, CA  92123

MiraMed Revenue Group
Dept 77304
PO Box 77000
Detroit, MI  48277-0308

Monarch Recovery
PO Box 21089
Philadelphia, PA  19114-0589

MQC Collection Services
PO box 140250
Toledo, OH  43614

MRS Associates of New Jersey
1930 Olney Avenue
Cherry Hill, NJ  08003

NCB Management Services
PO Box 1099
  129047

NCO Financial Systems, Inc.
600 Holiday Plaza Dr., Ste 300
Matteson, IL  60443

Nelson, Watson & Associates
PO Box 1299
Haverhill, MA  01831-1799

Nguyen, Vu
1096 Bradbury
Carol Stream, IL  60188

Dina Pin
1417 Walnut Circle
Carol Stream, IL  60188

Northland Group
PO Box 390846
Minneapolis, MN  55439

NRC
6491 Peach Tree Industrial Blv
Atlanta, GA  30360

PHEAA
1200 N. Seventh Street
Campbelltown, PA  17102-4444

Portfolio Recovery Associates
PO Box 12914
Norfolk, VA  23541

Richard Ulrich DDS
6 West 6th Avenue
Naperville, IL  60563-3067

Sears Mastercard
PO Box 6282
Sioux Falls, SD  57117

Southwest Credit
4120 International Parkway
Ste. 1100
Carrollton, TX  75007-1958

Sprint
PO Box 4191
Carol Stream, IL  60197-4191

TCF Bank
801 Marquette Ave
Minneapolis, MN  55402

Toyota Financial Services
PO Box 5855
Carol Stream, IL  60197

Transworld Systems
Attn: IDM
507 Prudential Road
Horsham, PA  19044

United Collection Services
5620 Southwyck Blvd., #206
Toledo, OH  43614

United Recovery Systems
PO Box 722910
Houston, TX  77272-2910

US Bank
PO Box 790408
Saint Louis, MO  63179

Verizon Wireless
PO Box 25505
Lehigh Valley, PA  18002-2550

Walmart/GECRB
PO Box 530927
Atlanta, GA  30353-0927